In the Matter of the Application of JOHN L. LAWRENCE and HANNAH

---

* See Consol. Laws, chap. 64 (Laws of 1909, chap. 64), § 128. Since amd. by Laws of 1911, chaps. 57, 738.— [REP.

N. L. SHERMAN, Respondents, for the Appointment of Three Commissioners to Determine the Compensation to Which They Are Entitled by Reason of a Change of Grade on Ocean Avenue in the Village of Lawrence, Appellant. — Order reversed, with ten dollars costs and disbursements, and petition dismissed, with costs, upon the ground that within the doctrine of *Farrington v. City of Mount Vernon* (166 N. Y. 233) no prior established grade of said Ocean avenue existed; in other words, that the court at Special Term should have found the village's requests to find numbered 2, 4, 6 and 7, and should have allowed proposed conclusions of law numbered I, II and III, all of which this court hereby does find and allow. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.